IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

PAULO OLIVEIRA

Plaintiff,

Case No.:

v.

AMERICAN AIRLINES, INC.

Defendant,

_____/

## COMPLAINT

COMES NOW the Plaintiff, Paulo Oliveira, appearing *pro se*, and hereby files this Complaint for Damages against Defendant American Airlines, Inc., and alleges as follows:

1. This action is brought in Orange County, Florida, and arises from allegations of negligence committed by Defendant during an international flight bound for São Paulo, Brazil.

2. Plaintiff, Paulo Oliveira, is an adult individual and a resident of Orlando, Orange County, Florida, who was a passenger aboard Flight AA929 operated by Defendant on June 18, 2023, en route to São Paulo,

Brazil. During said flight, Defendant acted negligently and placed Plaintiff's life and physical safety at risk.

3. Defendant, American Airlines, Inc., is a major commercial airline duly authorized to conduct business in the State of Florida, and at all times material hereto, was operating international flights to and from Florida, including the subject flight in this action.

4. Plaintiff seeks damages in excess of $50,000.00, exclusive of interest, attorneys' fees, and costs. As such, this Court has subject matter jurisdiction pursuant to Florida law and proper venue lies in Orange County, Florida.

5. After approximately five to six hours in flight, on a journey departing from Miami, Florida, to São Paulo, Brazil, Plaintiff began experiencing severe chest pain and shortness of breath. He immediately notified the flight crew and requested medical assistance.

6. A flight attendant, identified as Elaine Garcia, responded to the Plaintiff's request. She informed him that "nothing could be done." Plaintiff insisted that immediate action be taken, as he genuinely believed he was experiencing a serious medical condition.

7. Shortly thereafter, Ms. Garcia's demeanor toward Plaintiff became abrasive, dismissive, and disrespectful. She began insinuating that Plaintiff was exaggerating or fabricating his symptoms.

8. At one point, Ms. Garcia stated to Plaintiff that if the aircraft were diverted for an emergency landing, "more than 200 passengers would turn against you."

9. Subsequently, the purser (head flight attendant) approached Plaintiff at his seat and threatened him, saying that if he did not "shut up," the captain would be called and "things would become very bad" for the Plaintiff.

## COUNT 1

10. Plaintiff reaffirms and incorporates by reference Paragraphs 5 through 10 as if fully set forth herein, asserting that Defendant's negligence placed Plaintiff's life in serious and immediate danger.

11. Upon landing at Guarulhos International Airport (GRU) in São Paulo, Brazil, Plaintiff was met by airport emergency medical services, received immediate care, and was removed from the aircraft in a wheelchair. A copy of the medical documentation is attached hereto as Exhibit A.

12. Defendant, American Airlines, Inc., owed a duty of care to ensure Plaintiff's health and safety while in its custody and control, including taking all reasonable measures to provide adequate medical assistance. Instead, Defendant prioritized cost containment over passenger welfare, and its flight crew—particularly flight attendant Elaine Garcia—demonstrated a gross lack of training, empathy, and preparedness.

13. Notably, during the final moments of the flight, Plaintiff—still without medical assistance and subjected to Defendant's continued inaction—nearly lost consciousness. As a result, he was unable to identify or speak to eyewitnesses who may have corroborated the event.

14. Plaintiff has suffered and continues to suffer severe emotional distress, including intense fear of flying, recurrent panic attacks, and a persistent belief that he could die mid-flight due to lack of emergency care.

15. As a direct and proximate result of Defendant's negligence, Plaintiff seeks compensation for past and future medical expenses, pain and suffering, and loss of enjoyment of life, stemming from the traumatic experience inflicted by American Airlines, Inc.

Dated: June 4, 2025

Respectfully submitted,

Paulo Oliveira
Self Represented
5102 Santa Ana Dr
Orlando, FL 32837
Phone: (407) 283-8508
Email: paulo.adv@outlook.com.br
Email: paulo@paulooliveiraadvogados.com.br

# EXHIBIT "A"

| | | | Código | FO.REA 027-1.1 |
|---|---|---|---|---|
| GRU | AEROPORTO INTERNACIONAL DE SÃO PAULO | FORMULÁRIO - FO | Data | 10/01/2023 |
| | Título: | | Área | REA |
| | | Ficha Manual de Emergência (SME) | Páginas | 01/02 |

| Data: 10/06/23 | Equipe: milena Santana | Operador do COE: | Local de Atendimento: Por 605 a bordo. |
|---|---|---|---|

### Triagem

| Sistema | [✓] | Triagem | [✓] | Médico | [ ] | Técnico | [ ] | Enfermeiro | [ ] |
|---|---|---|---|---|---|---|---|---|---|

### Remoção

| VTR.: | Saída da Base.: | Cheg no Hospital.: |
|---|---|---|
| Destino.: | Saída do Hospital.: | Cheg na base.: |

### Dados Pessoais

| Horário de Acionamento: 05:24 | Chegada ao local: 05:28 | Saída: | Passageiro:(✓) Tripulante:( ) Funcionário:( ) Usuário:( ) |
|---|---|---|---|

| Nome Completo: Paulo Henrique de Oliveira | Sexo: Masc (✓) Fem ( ) Convênio: Sim ( ) Não ( ) |
|---|---|

| Idade: 51 | Data de Nasc: 02/04/1972 | Natural: São Paulo | Estado: São Paulo | País: Brasil |
|---|---|---|---|---|

| RG: | CPF: | Pass/RNE: GA647510 | Telefone Contato: +1407-2838506 -EUA |
|---|---|---|---|

| Cia Aérea: american | Voo: 929 | Origem: miami | Destino: GRU |
|---|---|---|---|

| Empresa: | Matrícula Credencial: | Ramal: | Função: |
|---|---|---|---|

### DESCRIÇÃO DA CINEMÁTICA DO ATENDIMENTO

Descreva o atendimento.: Acionamento pelo COE, ao chegar no local o pac já estava acomodado na cadeira de rodas, consciente e orientado, nega comorbidades, refere dor nas costas, aferi do SSVV, parâmetros normais, regulado com o Dr Leonardo via ramal, orienta remoção ao TPS 2, faz pauta e assina termo de responsabilidade.

### AVALIAÇÕES

| Avaliação Primária | Responsiva | Vias Aéreas Liberadas | Respiração | Hemorragia | Obs: |
|---|---|---|---|---|---|
| | Sim (✓) Não ( ) | Sim (✓) Não ( ) | Sim (✓) Não ( ) | Sim ( ) Não (✓) | |

| Avaliação Secundária | Sinais Vitais | PA 100 x 90 | Pulso.: 99 | Temp.: 36,0 | Saturação: 99 % | Glicemia.: Mg/dl |
|---|---|---|---|---|---|---|

Alergias.:

### Pupilas

| Direita | Esquerda |
|---|---|
| ● | ● |
| ◉ | ◉ |
| ⊙ | ⊙ |

### Antecedentes Clínicos

| ( ) Asma/Bronquite | ( ) NEOPLASMA | ( ) DPOC |
|---|---|---|
| ( ) AVE | ( ) GASTRITE | ( ) Hipertensão |
| ( ) DIABETES | ( ) OUTROS | ( ) IAM |

### MEDICAÇÃO EM USO PELO PACIENTE



# LUCAS LIVINGSTONE FELIZOLA SOARES DE ANDRADE
## Sworn Public Translator

OT74312_001
Enrolled in the Trade Board of the State of São Paulo under number 1879, on 06/14/2016, named for the English and Portuguese languages.                                Page: 1

*I, Lucas Livingstone Felizola Soares de Andrade, Sworn Public Translator, attest that I was presented with an original document in Portuguese language to be translated to the English language, which I perform in compliance with my duty, as follows://*
//
[There appears logo]
GRU AIRPORT
SÃO PAULO INTERNATIONAL AIRPORT

FORM - FO

Title: Emergency Manual Data Sheet (SME)

Code: FO.REA.027-1.1
Date: 01/10/2023
Department: REA
Pages: 01/02

Date: 06/19/23
Team: Milena Santana
COE Operator: [Nihil]
Service Location: Position 605, onboard.

Triage

System ☑
Triage ☑
Physician ☐
Technician ☐
Nurse ☐

Removal

Service Vehicle: [Nihil]
Destination: [Nihil]
Departure from Base: [Nihil]
Arrival at Hospital: [Nihil]
Exit from Hospital: [Nihil]
Arrival at Base: [Nihil]



LUCAS LIVINGSTONE FELIZOLA SOARES DE ANDRADE
Sworn Public Translator

OT74312_001
Enrolled in the Trade Board of the State of São Paulo under number 1879, on 06/14/2016, named for the English and Portuguese languages.                                   Page: 2

Personal Data

Dispatch Time: 05:24 AM
Arrival on site: 05:28 AM
Exit: [Nihil]
Passenger: (/)
Crew Member: ( )
Employee: ( )
User: ( )
Full Name: Paulo Henrique de Oliveira
Sex:
Male (/) Female ( )
Health Insurance:
Yes ( ) No ( )
Age: 51
Date of Birth: 04/02/1972
Place of Birth: São Paulo
State: São Paulo
Country: Brazil
ID: [Nihil]
CPF (Individual Taxpayer Register): [Nihil]
Passport/RNE: GA647510
Contact Phone: +1 407-283-8508 - USA
Airline: American
Flight: 929
Origin: Miami
Destination: GRU
Company: [Nihil]
Employee Registration: [Nihil]
Extension: [Nihil]
Position: [Nihil]

DESCRIPTION OF INCIDENT AND RESPONSE
Response Description: Dispatched by the COE. Upon arrival, the patient was already seated in a wheelchair, conscious and oriented. Denies comorbidities, reports back pain. Vital signs were taken, all within normal limits. Regulation confirmed with Dr. Leonardo, via extension. Removal



LUCAS LIVINGSTONE FELIZOLA SOARES DE ANDRADE
Sworn Public Translator

OT74312_001
Enrolled in the Trade Board of the State of São Paulo under number 1879, on 06/14/2016, named for the English and Portuguese languages.                                     Page: 3

to TPS 2 was recommended, but the patient refused and signed a liability waiver.

[There appears signature]
[There appears stamp]
Milena Van Well Fernandes Laurentino
COREN-SP 1560751 - TE

ASSESSMENTS
Primary Assessment
Responsive:
Yes (/) No ( )
Airway Clear:
Yes (/) No ( )
Breathing:
Yes (/) No ( )
Bleeding:
Yes ( ) No (/)
Remarks: [Nihil]

Secondary Assessment
Vital Signs
BP: 160x90
Pulse: 99
Temp: 36.0
Oxygen Saturation: 99%
Blood Glucose: [Nihil] mg/dL
Allergies: [Nihil]

Pupils
Right:
[There appears pictures]
Left:
[There appears pictures]

Medical History
( ) Asthma/Bronchitis
( ) STROKE



LUCAS LIVINGSTONE FELIZOLA SOARES DE ANDRADE
Sworn Public Translator

OT74312_001
Enrolled in the Trade Board of the State of São Paulo under number 1879, on 06/14/2016, named for the English and Portuguese languages.                                             Page: 4

( ) DIABETES
( ) NEOPLASMA
( ) GASTRITIS
( ) OTHER
( ) COPD
( ) Hypertension
( ) IAM

CURRENT MEDICINES [Nihil]
[Nihil]
//
*This was the full content of the document that I faithfully translated, verified and attest. This translation is not a judgment on the form, authenticity and/or content of the document. Lucas Livingstone Felizola Soares de Andrade, CPF (Federal Individual Taxpayers' Register) 009.109.715-01, enrollment JUCESP 1879. São Paulo, 05/14/2025.//*

THIS DOCUMENT IS DIGITALLY SIGNED.

To verify the digital signature, please access https://validar.iti.gov.br/ and upload the pdf file received by email.//