# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULO OLIVERIA,

      Plaintiff,

v.                                                     Case No:   6:25-cv-1133-CEM-LHP

AMERICAN AIRLINES, INC.,

      Defendant

## ORDER

**(And Direction to the Clerk)**

On July 11, 2025, the Court set this matter for an IDEAL case management conference to be conducted via the Zoom online platform on August 6, 2025. Doc. No. 15. Plaintiff, proceeding *pro se*, has now filed a motion requesting appointment of a Portuguese-English interpreter for the case management conference, or to allow his son to provide interpretation services. Doc. No. 24. It does not appear from the motion that Plaintiff's son – who is not otherwise identified – is a certified interpreter.

Interpreter services needed to assist parties in civil proceedings not instituted by the United States, both in-court and out-of-court, are the responsibility of the

parties to the action.  *See* Guide to Judiciary Policy, Vol 5, Ch. 2, § 260.  Thus, the Court will not provide a Portuguese-English interpreter.  And in the absence of any information regarding the qualifications of Plaintiff's son, the Court is unable to authorize a family member to provide interpretation services.  Moreover, the motion fails to comply with the conferral requirements of Local Rule 3.01(g).

For these reasons, the motion (Doc. No. 24) is **DENIED WITHOUT PREJUDICE.**  Given the language issues identified in the motion, however, the Court finds that conducting tomorrow's case management conference via an online platform would be impracticable.  Therefore, the August 6, 2025 case management conference (*see* Doc. No. 15) is **CANCELED.**  Upon further review, the Court also finds that this case is no longer appropriate for the IDEAL Program, and is therefore removed from the IDEAL Program.  The parties shall file their joint and fully executed case management report within **fourteen (14) days** from the date of this Order.

The Clerk is **DIRECTED** to forthwith serve a copy of this Order on Plaintiff at the email addresses provided in the motion.  Doc. No. 24, at 3.  Counsel for Defendant is also **DIRECTED** to contact Plaintiff and inform him that the August 6, 2025 hearing has been canceled.

**DONE** and **ORDERED** in Orlando, Florida on August 5, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties