**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAULO OLIVEIRA,

           Plaintiff,

v.                                    Case No:   6:25-cv-1133-CEM-LHP

AMERICAN AIRLINES, INC.,

           Defendant

---

**ORDER**

Before the Cout is Plaintiff's Motion to Compel Supplemental Discovery Responses and Production of Documents.  Doc. No. 57.  On review, the motion is **DENIED without prejudice** for failure to comply with the Standing Order on Discovery Motions.  *See* Doc. No. 54.  First, the motion exceeds the word limitations for a discovery motion.  *See id.* ¶ 2.  Second, the motion fails to attach the discovery requests and responses at issue.  *See id.* ¶ 3.  Third, the motion suggests (by Local Rule 3.01(g) conferral improperly imbedded in the middle of the motion and by attachment, *see* Local Rule 3.01(g)(2), Doc. No. 57, at 3; Doc. No. 57-2), that the parties conferred solely via email.  *See id.* ¶ 1.

Any renewed motion must comply in full with the Standing Order on Discovery Motions (Doc. No. 54) and all applicable Federal Rules of Civil Procedure and Local Rules.    *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties